IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GARY SHELDON,<br>    ID # 13437-045,<br>        Plaintiff,<br><br>vs.<br><br>MARTHA UNDERWOOD, et al.,<br>        Defendants. | )<br>)<br>)<br>)   No. 3:19-CV-2041-M-BH<br>)<br>)<br>)<br>) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's motion for *Preliminary Injunction Temporary Restraining Order*, received on April 16, 2020 (doc. 18), as supplemented on November 30, 2020 (doc. 26), is **DENIED** based on the current pleadings.

After reviewing the plaintiff's objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge on the plaintiff's amended complaint, received on March 10, 2020, the plaintiff is hereby **ORDERED** to file within **THIRTY DAYS** from the date of this order a **final amended complaint**. The plaintiff's final amended complaint shall be limited to only those claims previously raised by plaintiff which he seeks to clarify based on his objections distinguishing between a "sexual offense" and a "sex offense."

**SIGNED this 23rd day of March, 2021.**

                                             **BARBARA M. G. LYNN**
                                             **CHIEF JUDGE**