IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GARY SHELDON,<br>      ID # 13437-045,<br>            Plaintiff,<br><br>vs.<br><br>MARTHA UNDERWOOD, et al.,<br>            Defendants. | )<br>)<br>)<br>)   No. 3:19-CV-2041-M-BH<br>)<br>)<br>)<br>) |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Second Amended Complaint*, received on May 10, 2021 (doc. 40), will be **DISMISSED** with prejudice under 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b) as frivolous and for failure to state a claim by separate judgment. The *Motion to Expetite* [sic] *Service/Issueing* [sic] *Plaintiff's Preliminary Injunction*, received on December 13, 2021 (doc. 44), is **DENIED**.

If the plaintiff files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SIGNED this 24th day of May, 2022.**

_____
BARBARA M. G. LYNN
CHIEF JUDGE