IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GARY SHELDON,<br>    ID # 13437-045,<br>        Plaintiff,<br><br>vs.<br><br>MARTHA UNDERWOOD, et al.,<br>        Defendants. | )<br>)<br>)<br>)   No. 3:19-CV-2041-M-BH<br>)<br>)<br>)<br>)<br>) |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Motion for Preliminary Injunction*, received on May 4, 2022 (doc. 50), is **DENIED**.

SIGNED this 10th day of June, 2022.

BARBARA M. G. LYNN
CHIEF JUDGE